■ SOPHIE PELCH, as Administratrix of the Estate of JOHN P. PELCH, Deceased, Respondent, v. PENINSULA GENERAL HOSPITAL, Appellant.— In an action to recover damages for wrongful death and conscious pain and suffering, defendant appeals (1) from an order of the Supreme Court, Nassau County, dated April 10, 1972, which denied its motion for leave to amend its answer, and, (2) as limited by its brief, from so much of an order of the same court, dated May 25, 1972, as, upon reargument, denied in part said motion to amend. Appeal from order dated April 10, 1972 dismissed as academic, without costs. That order was superseded by the order of May 25, 1972. Order of May 25, 1972, reversed insofar as appealed from, without costs, and defendant's motion to amend is granted in its entirety. The amended answer shall be served within 20 days after entry of the order to be made hereon. In our opinion, on the facts presented, defendant should have been permitted to amend its answer so as to deny the allegations contained in the sixth paragraph of the complaint which, through inadvertence, it had failed to deny in its original answer. There is no prejudice to plaintiff and the case has not yet been noticed for trial. Munder, Acting P. J., Martuscello, Gulotta, Brennan and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES BROWN, Appellant.— Appeal by defendant from a judgment of the County Court, Orange County, rendered June 15, 1971, convicting him of criminal possession of a dangerous drug in the fifth degree, on a plea of guilty, and sentencing him to an indeterminate prison term of not more than four years. Judgment reversed as to the sentence, on the law, and otherwise affirmed, and case remanded to the County Court for resentencing. At the time of sentencing the Narcotic Addiction Control Commission was not accepting referrals and the record on appeal does not make it clear that the sentencing court was aware that it could utilize the alternative sentencing provisions provided by the Penal Law (People v. Bennet, 39 A D 2d 320). Rabin, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS CUNNINGHAM, Appellant.— Judgment of the Supreme Court, Kings County, rendered June 7, 1971, affirmed (CPL 470.05, subd. 1). Martuscello, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.